NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID R. PIERCE, JR.,          )
           )
      Appellant,      )
           )
v.            )      Case No. 2D18-1635
           )
STATE OF FLORIDA,        )
           )
      Appellee.       )
_____)

Opinion filed November 27, 2019.

Appeal from the Circuit Court for Lee
County; Bruce Kyle, Judge.

David R. Pierce, Jr., pro se.

Ashley Moody, Attorney General,
Tallahassee, and Katherine Coombs Cline,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


KHOUZAM, C.J., and SALARIO and ROTHSTEIN-YOUAKIM, JJ., Concur.